FILED:  June 11, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-6675
(1:26-cv-01673-PX)

_____

DIONICIA HERNANDEZ-GUEVARA

Petitioner - Appellant

v.

VERNON LIGGINS, in his official capacity as Field Office Director for U.S. Immigration and Customs Enforcement, Baltimore Field Office; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States

Respondents - Appellees

_____

O R D E R

_____

Petitioner's removal is stayed through 06/25/2026, pursuant to Standing Order 19-01, to allow time for responsive filings and consideration by the court of petitioner's motion for stay of removal.

Respondent shall file a response to the motion for stay by 3:00 p.m. on 06/15/2026. The response shall include the date and time of petitioner's removal or

state that removal has not been scheduled, and respondent shall inform the court of any changes to petitioner's scheduled removal date.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk