FILED: June 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-6675
(1:26-cv-01673-PX)
_____

DIONICIA HERNANDEZ-GUEVARA

     Petitioner - Appellant

v.

VERNON LIGGINS, in his official capacity as Field Office Director for U.S. Immigration and Customs Enforcement, Baltimore Field Office; TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States

     Respondents - Appellees

_____

O R D E R
_____

The parties are directed to file supplemental briefs specifically addressing:

(1) Whether the court's standing order was in effect at the time the plane bearing the petitioner took flight to Honduras;
(2) Whether the government knew of that fact; and
(3) Whether the government was aware that this court would shortly issue a stay of removal of the petitioner.

The briefs shall not exceed five pages. The briefs are to be filed simultaneously and no later than 12 noon on Thursday, June 25.

For the Court

/s/ Nwamaka Anowi, Clerk