UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-6675
(1:26-cv-01673-PX)

_____

DIONICIA HERNANDEZ-GUEVARA

Petitioner - Appellant

v.

VERNON LIGGINS, in his official capacity as Field Office Director for U.S. Immigration and Customs Enforcement, Baltimore Field Office; DAVID J. VENTURELLA, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary of the U.S. Department of Homeland Security; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States

Respondents - Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to appellant's motion for stay pending appeal and motion to show cause and to enforce, the court denies the motions.

Entered at the direction of Judge Niemeyer with the concurrence of Judge Wilkinson and Judge Gregory.

For the Court

/s/ Nwamaka Anowi, Clerk